**Order entered March 5, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00514-CR

**ERIC ROMO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-61709-M**

## ORDER

Before the Court is appellant's March 4, 2019 second motion for extension of time to file appellant's pro se response to counsel's *Anders* brief. We **GRANT** appellant's motion and **ORDER** appellant's pro se response filed on or before **April 5, 2019**. If appellant's pro se response is not filed by April 5, 2019, this appeal will be submitted upon the brief of counsel without appellant's pro se response.

/s/     BILL PEDERSEN, III
JUSTICE